UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIGUEL A. RIVERA,

        Petitioner,         Case Number: 04-71585

v.         HON. DENISE PAGE HOOD

WILLIE O. SMITH,

        Respondent.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated June 30, 2005, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan this 30th day of June, 2005.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY:   s/ Wm. F. LEWIS

APPROVED:

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE